UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLES LAMIRAND and
TRACY LAMIRAND,

    Plaintiffs,

v.                                    Case No.: 2:20-cv-138-SPC-MRM

FAY SERVICING, LLC,

    Defendant.
                                    /

### **ORDER**[1]

Before the Court is the Eleventh Circuit's Mandate. *Lamirand v. Fay Serv., LLC*, No. 20-14286 (11th Cir. Aug. 1, 2022). As the Eleventh Circuit's decision reversing is now final, the stay is lifted for the case to proceed. *See Al Najjar v. Ashcroft*, 273 F.3d 1330, 1338 (11th Cir. 2001) ("When this Court's mandate issues, the appeal will no longer be pending and a final order on appeal will have been entered. Hence, by its terms, the stay will terminate upon the issuance of this Court's mandate." (cleaned up)). Given the break in litigation and changed circumstances, the parties must confer and file a new

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Case Management Report. After, a United States Magistrate Judge will hold a Preliminary Pretrial Conference to discuss scheduling.

Accordingly, it is now

**ORDERED:**

1. The stay is **LIFTED**.

2. The Clerk is **DIRECTED** to remove the stay flag from the docket.

3. The parties are **DIRECTED** to confer regarding a new Case Management Report **on or before September 1, 2022**.

4. The parties are **DIRECTED** to file their new Case Management Report **on or before September 8, 2022**.

5. This case is **REFERRED** for a Preliminary Pretrial Conference to be scheduled at a mutually agreeable time.

**DONE** and **ORDERED** in Fort Myers, Florida on August 3, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record