UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| CHARLES LAMIRAND and TRACY LAMIRAND, <br><br> Plaintiffs, <br> v. <br><br> FAY SERVICING, LLC, <br><br> Defendant. | CASE NO: <br> 2:20-cv-138-FtM-38MRM |

# JOINT NOTICE OF PENDING SETTLEMENT

Plaintiffs, Charles Lamirand and Tracy Lamirand ("**Plaintiffs**"), and Defendant, Fay Servicing, LLC ("**Defendant**," and together with Plaintiffs, the "**Parties**"), by and through their respective undersigned counsel, hereby provide notice that the Parties have reached a settlement in this case that resolves the matters at issue in their entirety, subject to approval of the U.S. Bankruptcy Court of the Middle District of Florida, which should occur within sixty (60) days. Upon notice of approval from the bankruptcy court, the Parties will file the necessary documents to close this matter.

[Signature page to follow]

1

Dated: September 7, 2022.

| | |
|---|---|
| /s/ David W. Fineman | /s/ Elizabeth R. Brusa |
| David W. Fineman, Esq. | Lauren G. Raines |
| Florida Bar No. 40993 | Florida Bar No. 11896 |
| **The Dellutri Law Group, P.A.** | Elizabeth R. Brusa, Esq. |
| 1436 Royal Palm Square Blvd. | Florida Bar No. 125655 |
| Fort Myers, FL 33919 | **BRADLEY ARANT BOULT** |
| Primary E-Mail: | **CUMMINGS LLP** |
| dfineman@dellutrilawgroup.com | 100 N. Tampa Street, Suite 2200 |
| *Counsel for Charles Lamirand and Tracy Lamirand* | Tampa, FL 33602 |
| | T: (813) 559-5500 \| F: (813) 229-5946 |
| | Primary E-Mail: lraines@bradley.com |
| | Primary E-Mail: ebrusa@bradley.com |
| | *Counsel for Fay Servicing, LLC* |

**\*\*Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Elizabeth R. Brusa attests that concurrence in the filing of this paper has been obtained*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed on September 7, 2022, using the Court's CM/ECF System and service of the foregoing has been furnished to all parties of record, including:

David W. Fineman, Esq.
Florida Bar No. 40993
**The Dellutri Law Group, P.A.**
1436 Royal Palm Square Blvd.
Fort Myers, FL 33919
Primary E-Mai: dfineman@dellutrilawgroup.com
*Counsel for Plaintiffs*

/s/ Elizabeth R. Brusa
Attorney